IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Brian Hughes,

Plaintiff(s),

v.

Southwest Airlines Co.,

Defendant(s).

Case No. 18-cv-5315
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court dismisses the amended complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) and terminates this case in favor of Defendant Southwest Airlines Co. and against Plaintiff Brian Hughes, Individually, and on behalf of all others similarly situated.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion to dismiss.

Date: 9/17/2019

Thomas G. Bruton, Clerk of Court

Rhonda Johnson, Deputy Clerk